UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WEN QING LU,<br>*Petitioner*<br><br>v.<br><br>US ATTORNEY GENERAL PAMELA BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,; EXECUTIVE ASS. DIR. MARCOS CHARLES, IN HIS OFFICIAL CAPACITY ACTING EXECUTIVE ASSOCIATE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS, ICE,; ACTING DIRECTOR TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,; SEC. OF DHS KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,; AND RANDALL HENDERSON, IN HIS OFFICIAL CAPACITY AS WARDEN OF THE SOUTH TEXAS DETENTION FACILITY,;<br>*Respondents* | Case No.  SA-25-CA-01865-XR |

## SERVICE ORDER

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Wen Qing Lu, who is currently detained in the South Texas Detention Center in Pearsall, Texas, located in the Western District of Texas. ECF No. 1.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1)

1

and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents:

1. Pamela Bondi, US Attorney General;

2. Marcos Charles, Acting Executive Associate Director, Enforcement and Removal Operations, ICE;

3. Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement; and

4. Kristi Noem, Secretary, U.S. Department of Homeland Security.

*See* FED. R. CIV. P. 4(i). Service should be directed to

> Stephanie Rico
> Civil Process Clerk
> U.S. Attorney's Office for the Western District of Texas,
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216

It is **FURTHER ORDERED** that the Clerk of Court shall serve Warden, South Texas Detention Facility with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process. Service should be directed to

> Warden
> South Texas Detention Facility
> 566 Veterans Drive
> Pearsall, TX 78061

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 29th day of December, 2025.

                                             XAVIER RODRIGUEZ
                                             UNITED STATES DISTRICT JUDGE